UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN L. LANE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | NO. C15-905-RSL<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion for attorney fees and costs (Dkt. 22) is GRANTED IN PART and DENIED IN PART. Plaintiff is awarded fees in the amount of $3,463.10. Subject to any offset allowed under the Treasury Offset Program, payment of the award shall be made to Plaintiff's counsel, Matthew Russell.

//

//

//

//

ORDER - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 6th day of July, 2016.

_____
ROBERT S. LASNIK
United States District Judge

ORDER - 2